UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.  06-80219-CIV-Dimitrouleas / Seltzer

GEICO INDEMNITY COMPANY,

    Plaintiff,

vs.

BRIAN PAUL BOIKE, and
GEARY A. DIXON

    Defendants.
_____/

### DEFENDANT BOIKE'S FIFTH MOTION IN LIMINE

Defendant, BRIAN PAUL BOIKE, by and through his undersigned attorneys, hereby moves in limine to prevent Plaintiff from eliciting hypothetical testimony, arguing, implying, or making any reference to what F. Kendall Slinkman would have done if GEICO had not sent its September 4, 2003 letter rejecting Mr. Dixon's September 3, 2003 offer to settle, for the following reasons:

1.    In the deposition of F. Kendall Slinkman, counsel for GEICO sought to elicit hypothetical testimony from Mr. Slinkman as to what Mr. Slinkman would if GEICO had not sent its September 4, 2003 letter rejecting the September 3, 2003 offer to settle. See, e.g., Dep. Dep. of Slinkman at p. 109 et.seq.

2.    This Honorable Court has already determined as a matter of law that GEICO's September 4, 2003 response letter to Mr. Dixon's September 3, 2003 offer to settle rejected Mr. Dixon's offer to settle.  At page 14 of this Honorable Court's October 10, 2006 Order Denying

Plaintiff's Motion for Summary Judgment, and Granting Defendant's Motion for Partial Summary Judgment, which found as a this Honorable Court stated as follows: "Because GEICO's response varied the terms of the original offer, it constituted a rejection of that original offer which was thus no longer available to be accepted on September 17, 2003." At page 15 of the same Order, this Honorable Court also ruled as a matter of law that GEICO's September 4, 2003 letter constituted a counteroffer, and that: "A counteroffer operates as a rejection of the preceding offer and, like a rejection, terminates that offer." Finally on this point, at page 15, this Honorable Court also ruled as follows: "GEICO rejected Dixon's offer by its September 4, 2003 counteroffer and therefore it could not later attempt to accept that same offer on September 18, 2003."

3. Pursuant to the above-quoted rulings by this Honorable Court, GEICO terminated Dixon's offer to settle on September 4, 2003 and could not attempt to accept that same offer after September 4, 2003. Accordingly, what Mr. Slinkman hypothetically might have done if GEICO had not rejected his client's offer to settle is completely irrelevant to any of the issues in this case.

4. Even if deemed relevant by this Honorable Court, such evidence should be excluded pursuant to section 90.403, Florida Statutes, because of unfair prejudice, misleading the jury, and confusion of the issues in this case.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests the Court to enter an Order prohibiting Plaintiff from eliciting testimony, arguing, implying, or making any

reference to what F. Kendall Slinkman would have done if GEICO had not sent its September 4, 2003 letter rejecting Mr. Dixon's September 3, 2003 offer to settle.

              Respectfully submitted:

              <u>s/ FRED A. CUNNINGHAM</u>
              FRED A. CUNNINGHAM
              Florida Bar # 775487
              Slawson Cunningham Whalen &
               Gaspari
              2401 PGA Boulevard, Suite 140
              Palm Beach Gardens, FL 33410
              (561) 625-6260

              Attorneys for Defendant Boike

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by US Mail this 27th day of October 2006 to **John Bond Atkinson, Esq.**, Atkinson & Brownell, P.A. (Attorney for the Plaintiff GEICO Indemnity Company), One Biscayne Tower, Suite 3750, 2 South Biscayne Blvd., Miami, Florida 33131; **B. Richard Young, Esq.**, Young, Bill, Fugett & Roumbos, P.A. (Co-Counsel for the Plaintiff), Post Office Drawer 1070, Pensacola, Florida 32591-1070; **Robert Saylor, Esq.**, (Attorneys for Defendant Geary A. Dixon), 1615 Forum Place, Suite 1-B, West Palm Beach, Florida 33401 and **Steven Gill, Esq.** (Attorney for Defendant, Boike), 200 E. Government Street, Suite 130, Pensacola, FL 32502.

SLAWSON CUNNINGHAM WHALEN & GASPARI
2401 PGA Boulevard, Suite 140
Palm Beach Gardens, FL 33410
Telephone     (561) 625-6260
Fax           (561) 625-6269
E-mail        fac@slawsonlaw.com
Attorney for Defendant BOIKE


s/ FRED A. CUNNINGHAM
Fred A. Cunningham
Florida Bar # 7754876